## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **LANCING J. CHARLES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 2020-0041** |
| | ) | |
| **HESS CORPORATION, HESS OIL** | ) | |
| **VIRGIN ISLANDS CORP., and** | ) | |
| **LOCKHEED MARTIN CORP.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**Attorneys:**
**John-Russell Bart Pate, Esq.,**
St. Thomas, U.S.V.I.
**Korey A. Nelson, Esq.,**
New Orleans, LA
      *For Plaintiff*

**Carl A. Beckstedt, III, Esq.,**
**Robert J. Kuczynski, Esq.,**
St. Croix, U.S.V.I.
      *For Defendants Hess Corporation and*
        *Hess Oil Virgin Islands Corp.*

**Kevin A. Rames, Esq.,**
St. Croix, U.S.V.I.
      *For Defendant Lockheed Martin Corp.*

### ORDER

**UPON CONSIDERATION** of Plaintiff's "Notice of Dismissal" (Dkt. No. 13) filed

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby

**ORDERED** that Plaintiff's Notice of Dismissal (Dkt. No. 13) is **ACCEPTED**; and it is

further

**ORDERED** that Plaintiff's Notice of Dismissal serves to **DISMISS WITHOUT**

**PREJUDICE** Plaintiff's claims against Defendants; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED.**

Date:   September 24, 2020              _____/s/_____
                                        WILMA A. LEWIS
                                        Chief Judge